1  Scott E. Gizer, Esq., Nevada Bar No. 12216
      *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
      *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7     *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendants
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY,
   FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.,
12 and FIDELITY NATIONAL TITLE GROUP, INC.

13 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
14
   Gary L. Compton, State Bar No. 1652
15 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                    Defendants. | Case No.: 2:20-CV-02146-RFB-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(FIRST REQUEST)** |

   COMES NOW defendants Fidelity National Title Insurance Company ("FNTIC"), Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency"), and Fidelity National Title Group, Inc. ("FNTG," collectively "Defendants") and plaintiff Deutsche Bank National Trust



1
**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**



1  Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby
2  agree and stipulate as follows:
3      1.    On November 20, 2020, Deutsche Bank filed its complaint in the Eighth Judicial
4  District Court for the State of Nevada;
5      2.    On November 22, 2020, FNTIC removed the instant case to the United States
6  District Court for the State of Nevada (ECF No. 1);
7      3.    On December 3, 2020, Deutsche Bank served its complaint on Fidelity Agency;
8      4.    Fidelity Agency's response to the complaint is currently due on December 24,
9  2020;
10     5.    On December 7, 2020, Deutsche Bank served its complaint on FNTIC;
11     6.    FNTIC's response to the complaint is currently due on December 28, 2020;
12     7.    On December 14, 2020, Deutsche Bank served its complaint on FNTG;
13     8.    FNTG's response to the complaint is currently due on January 4, 2021;
14     9.    Defendants request an extension until Monday, February 1, 2021 to respond to
15 Deutsche Bank's complaint to afford Defendants' counsel additional time to review and respond
16 to Deutsche Bank's complaint.
17     10.    Counsel for Deutsche Bank does not oppose the requested extension;
18     11.    This is the first request for an extension made by Defendants, which is made in
19 good faith and not for the purposes of delay.
20     12.    This stipulation is entered into without waiving any of Defendants' objections
21 under Fed. R. Civ. P. 12.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1       **IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the

2  complaint is hereby extended through and including February 1, 2021.

3  Dated:  December 16, 2020                SINCLAIR BRAUN LLP

5                                           By:  _/s/-Kevin S. Sinclair_
                                                 KEVIN S. SINCLAIR
6                                                Attorneys for Defendants
                                                 FIDELITY NATIONAL TITLE INSURANCE
7                                                COMPANY, FIDELITY NATIONAL TITLE
                                                 GROUP, INC. and FIDELITY NATIONAL
8                                                TITLE AGENCY OF NEVADA, INC.

9  Dated:  December 16, 2020                WRIGHT FINLAY & ZAK, LLP

11                                          By:  _/s/-Lindsay D. Robbins_
                                                 LINDSAY D. ROBBINS
12                                               Attorneys for Plaintiff
                                                 DEUTSCHE BANK NATIONAL TRUST
13                                               COMPANY

14  **IT IS SO ORDERED.**

15      Dated this 17th day of December, 2020.

                                            _____
17                                          CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE



3
**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**