Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.,
and FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                Plaintiff,<br><br>      vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                Defendants. | Case No.: 2:20-CV-02146-RFB-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(SECOND REQUEST)** |

      COMES NOW defendants Fidelity National Title Insurance Company ("FNTIC"), Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency"), and Fidelity National Title Group, Inc. ("FNTG," collectively "Defendants") and plaintiff Deutsche Bank National Trust



**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

1. Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

  1. On November 20, 2020, Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

  2. On November 22, 2020, FNTIC removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

  3. On December 17, 2020, the Court granted the parties first stipulation to extend the time for FNTIC, Fidelity Agency, and FNTG's to respond to the complaint until February 1, 2021 (ECF No. 14);

  4. Defendants request an extension until Monday, February 15, 2021 to respond to Deutsche Bank's complaint to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

  5. Counsel for Deutsche Bank does not oppose the requested extension;

  6. This is the second request for an extension made by Defendants, which is made in good faith and not for the purposes of delay.

  7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including February 15, 2021.

Dated: January 29, 2021    SINCLAIR BRAUN LLP

              By:  */s/-Kevin S. Sinclair*
                 KEVIN S. SINCLAIR
                 Attorneys for Defendants
                 FIDELITY NATIONAL TITLE INSURANCE
                 COMPANY, FIDELITY NATIONAL TITLE
                 GROUP, INC. and FIDELITY NATIONAL
                 TITLE AGENCY OF NEVADA, INC.

Dated: January 29, 2021    WRIGHT FINLAY & ZAK, LLP

              By:  */s/-Darren T. Brenner*
                 DARREN T. BRENNER
                 Attorneys for Plaintiff
                 DEUTSCHE BANK NATIONAL TRUST
                 COMPANY

**IT IS SO ORDERED.**

Dated this 1st day of February, 2021.

              _____
              CAM FERENBACH
              UNITED STATES MAGISTRATE JUDGE

