WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>           Plaintiff,<br>     vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>           Defendants. | Case No.:  2:20-cv-02146-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 27-29]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1 ("Deutsche Bank Trustee"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendants Fidelity National Title Insurance Company ("Fidelity National") and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 20, 2020, Deutsche Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-20-825215-C [ECF No. 1-1];
2. On November 22, 2020, Fidelity National filed its Petition for Removal to this Court [ECF No. 1];
3. On February 8, 2021, Fidelity National filed a Motion to Dismiss [ECF No. 27];
4. On February 8, 2021, Fidelity Agency also filed a Motion to Dismiss [ECF No. 28];
5. On February 8, 2021, Fidelity also filed a Motion to Dismiss [ECF No. 29];
6. Deutsche Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently February 22, 2021;
7. Deutsche Bank Trustee's counsel is requesting an extension until March 24, 2021, to file its response to the pending Motions to Dismiss;
8. This extension is requested to allow Deutsche Bank Trustee additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for Deutsche Bank Trustee continues to recover from an unexpected medical emergency.
9. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 22nd day of February, 2021.                    DATED this 22nd day of February, 2021.

WRIGHT, FINLAY & ZAK, LLP                                 SINCLAIR BRAUN LLP

*/s/ Lindsay D. Robbins*                                   */s/ Kevin S. Sinclair*
Lindsay D. Robbins, Esq.                                   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                       Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                             16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                        Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank*                   *Attorney for Defendants, Fidelity National*
*National Trust Company, as Trustee for*                   *Title Group, Inc., Fidelity National Title*
*Morgan Stanley ABS Capital I Inc. Trust*                  *Insurance Company, and Fidelity National*
*2007-NC1 Mortgage Pass-Through*                           *Title Agency of Nevada*
*Certificates, Series 2007-NC1*

**IT IS SO ORDERED.**

Dated this   24th   day of February, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

Page 3 of 3