Case 2:20-cv-02146-RFB-VCF   Document 36   Filed 03/24/21   Page 1 of 3

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>          Plaintiff,<br>     vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>          Defendants. | Case No.:  2:20-cv-02146-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 27-29]**<br><br>**[Second Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1 ("Deutsche Bank Trustee"), Specially-Appearing Defendant Fidelity National Title Group, Inc., and Defendants Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada, Inc. ("Defendants", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 20, 2020, Deutsche Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-20-825215-C [ECF No. 1-1].
2. On November 22, 2020, Fidelity National Title Insurance Company filed its Petition for Removal to this Court [ECF No. 1].
3. On February 8, 2021, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada, Inc. filed Motions to Dismiss [ECF No. 27-29].
4. Deutsche Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently March 24, 2021.
5. Deutsche Bank Trustee's counsel is requesting an extension until April 27, 2021, to file its response to the pending Motions to Dismiss.
6. This extension is requested to allow Deutsche Bank additional time finalize and file its response to the pending Motions to Dismiss as lead handling counsel for Deutsche Bank Trustee continues to recover from an unexpected medical emergency.
7. Counsel for Defendants does not oppose the requested extension;

///

///

///

///

///

///

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 23rd day of March, 2021. | DATED this 23rd day of March, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Robbins | /s/ Kevin Sinclair |
| Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1* | Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this  24th  day of March, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court