Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY, and FIDELITY
NATIONAL TITLE AGENCY OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No.: 2:20-CV-02146-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS (ECF NOS. 37, 38, AND 39)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **FIRST REQUEST** |
| Defendants. | |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National

Title Insurance Company ("Fidelity"), and Fidelity National Title Agency of Nevada, Inc.

("Fidelity Agency") (collectively, "Defendants") and plaintiff Deutsche Bank National Trust

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**

Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.      On November 20, 2020, Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2.      On November 22, 2020, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3.      On February 8, 2021, FNTG, Fidelity, and Fidelity Agency all moved to dismiss Deutsche Bank's complaint. (ECF Nos. 28, 29, 30.);

4.      On April 27, 2021, Deutsche Bank filed its opposition to FNTG's motion to dismiss (ECF No. 38), Fidelity's motion to dismiss (ECF No. 39), and Fidelity Agency's motion to dismiss. (ECF No. 37.) Deutsche Bank also filed a countermotion for partial summary judgment in response to Fidelity's motion to dismiss. (ECF No. 40.);

5.      Defendants' respective replies supporting their motions to dismiss are due on May 4, 2021, while Fidelity's response to Deutsche Bank's countermotion for partial summary judgment is due on May 18, 2021;

6.      Counsel for Defendants are requesting a two-week extension of their deadline to file their respective replies supporting their motions to dismiss, through and including May 18, 2021, (such that FNTG's reply, Fidelity's reply, Fidelity Agency's reply, and Fidelity's opposition to the countermotion are all due on May 18, 2021) to afford Defendants counsel additional time to review and respond to Deutsche Bank's various oppositions.

7.      Counsel for Deutsche Bank does not oppose the requested extension;

//

//

//

//

//

//

//

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**

SINCLAIR
BRAUN LLP

8.     This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants deadline to file their respective replies to their motions to dismiss are hereby extended through and including May 18, 2021.

Dated: May 3, 2021                    SINCLAIR BRAUN LLP


By:  */s/-Kevin S. Sinclair*
      KEVIN S. SINCLAIR
      Attorneys for Defendants
      FIDELITY NATIONAL TITLE GROUP,
      INC., FIDELITY NATIONAL TITLE
      INSURANCE COMPANY, and FIDELITY
      NATIONAL TITLE AGENCY OF NEVADA,
      INC.

Dated: May 3, 2021                    WRIGHT, FINLAY & ZAK, LLP


By:  */s/-Lindsay D. Robbins*
      LINDSAY D. ROBBINS
      Attorneys for Plaintiff
      DEUTSCHE BANK NATIONAL TRUST
      COMPANY

**IT IS SO ORDERED.**

Dated this _4th_ day of ____May_____, 2021.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**