Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY, and FIDELITY
NATIONAL TITLE AGENCY OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>               Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al., ,<br><br>               Defendants. | Case No.: 2:20-CV-02146-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS AND COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NOS. 27-29 AND 40)**<br><br>**THIRD REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("Fidelity"), and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency") (collectively, "Defendants") and plaintiff Deutsche Bank National Trust

Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On November 20, 2020, Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On November 22, 2020, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On February 8, 2021, FNTG, Fidelity, and Fidelity Agency all moved to dismiss Deutsche Bank's complaint. (ECF Nos. 27, 28, 29.);

4. On April 27, 2021, Deutsche Bank filed its opposition to FNTG's motion to dismiss (ECF No. 38), Fidelity's motion to dismiss (ECF No. 39), and Fidelity Agency's motion to dismiss. (ECF No. 37.) Deutsche Bank also filed a countermotion for partial summary judgment in response to Fidelity's motion to dismiss. (ECF No. 40.);

5. On May 4, 2021, the Court granted the parties' first stipulation extending the time for Defendants to reply supporting the motions to dismiss, setting a deadline of May 18, 2021 (ECF No. 43);

6. On May 19, 2021, the Court granted the parties' second stipulation extending the time for Defendants to reply supporting the motions to dismiss and to oppose the countermotion, setting a deadline of June 1, 2021 (ECF No. 46);

7. Defendants request a two-week extension of their deadline to file their respective replies supporting their motions to dismiss and for Fidelity to respond to the countermotion for partial summary judgment, through and including June 15, 2021, to afford Defendants additional time to review and respond to Deutsche Bank's various oppositions and the countermotion.

8. Counsel for Deutsche Bank does not oppose the requested extension;

//
//
//
//
//

2
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**

9. This is the third request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants' deadline to file their respective replies in support of their motions to dismiss (ECF Nos. 27-29) and for Fidelity to respond to the countermotion for partial summary judgment (ECF No. 40) are hereby extended through and including June 15, 2021.

Dated: May 25, 2021                SINCLAIR BRAUN LLP


By: */s/-Kevin S. Sinclair*
 KEVIN S. SINCLAIR
 Attorneys for Defendants
 FIDELITY NATIONAL TITLE GROUP,
 INC., FIDELITY NATIONAL TITLE
 GROUP, INC., AND FIDELITY NATIONAL
 TITLE GROUP, INC.

Dated: May 25, 2021                WRIGHT, FINLAY & ZAK, LLP


By: */s/-Christina V. Miller*
 CHRISTINA V. MILLER
 Attorneys for Plaintiff
 DEUTSCHE BANK NATIONAL TRUST
 COMPANY

**IT IS SO ORDERED.**

Dated this  28th  day of   May        , 2021.

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

