WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, <br><br>       Plaintiff, <br><br>   vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br>       Defendants. | Case No.: 2:20-cv-02146-RFB-VCF <br><br> **JOINT STATUS REPORT** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1 and Defendants, Fidelity National Title Group, Inc.; Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby submit this status report pursuant to the Court's Minute Order, filed on March 1, 2023 [ECF No. 57].

On February 27, 2023, the Parties filed their Notice of Settlement [ECF No. 56]. The Court filed a Minute Order requiring the Parties to file dismissal documents or a status report by April 28, 2023 addressing the status of the settlement [ECF No. 57]. The Parties need additional time to finalize the terms of the settlement agreement. The Parties request an additional sixty (60) days, through and including June 27, 2023, to file a stipulation to dismiss this action or another joint status report advising the Court of the status of settlement.

| | |
|---|---|
| DATED this 28th day of April, 2023. | DATED this 28th day of April, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorney for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1* | */s/ Sophia S. Lau* <br> Sophia S. Lau, Esq. <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendants, Fidelity National Title Group, Inc.; Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **JOINT STATUS REPORT** was made on the 28th day of April, 2023, to all parties and counsel identified on the CM/ECF System via Electronic Notification.

APPROVED:    */s/ Faith Harris*
            An Employee of WRIGHT, FINLAY & ZAK, LLP

DATED this 2nd day of May, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge