WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02146-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1 and Defendants, Fidelity National Title Group, Inc.; Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

1    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2    WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 12th day of September, 2023.    DATED this 12th day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP    SINCLAIR BRAUN KARGHER LLP


*/s/ Lindsay D. Dragon*    */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200    15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117    Sherman Oaks, California 91403
*Attorney for Plaintiff, Deutsche Bank*    *Attorneys for Defendants, Fidelity National*
*National Trust Company, as Trustee for*    *Title Group, Inc.; Fidelity National Title*
*Morgan Stanley ABS Capital I Inc. Trust*    *Insurance Company and Fidelity National*
*2007-NC1 Mortgage Pass-Through*    *Title Agency of Nevada, Inc.*
*Certificates, Series 2007-NC1*


**IT IS SO ORDERED.**

DATED: this 14th day of September, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**